# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY STIGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MUHAMMAD, et al.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00653-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant **Eric McGowan**. (ECF No. 16.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 17.)

The Clerk shall ISSUE a summons for **Eric McGowan** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 17.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 4), the screening order (ECF No. 7), and this order to the U.S. Marshal for service on Defendant McGowan. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **April 16, 2025**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED: February 7, 2025.

_____
Craig S. Denney
United States Magistrate Judge