UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY STIGER,

    Plaintiff

v.

JUMINEZ, et al.,

    Defendants

Case No.: 3:23-cv-00653-CSD

**Order**

Re: ECF No. 36

Plaintiff has filed a motion to withdraw consent. (ECF No. 36.)

Only a district judge may rule on a motion to withdraw consent to the jurisdiction of a magistrate judge. *Branch v. Umphenour*, 936 F.3d 994, 1001-02 (9th Cir. 2019) (citations omitted).

The Clerk shall randomly reassign this matter to a district judge for a decision on the motion to withdraw consent (ECF No. 36).

**IT IS SO ORDERED**.

Dated: September 2, 2025

_____
Craig S. Denney
United States Magistrate Judge