1  AARON D. FORD
   Attorney General
2  JOHN REGALIA (Bar No. 16969)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-3106 (phone)
   (702) 486-3768 (fax)
6  Email: jregalia@ag.nv.gov

7  *Attorneys for Defendants*

8  ## UNITED STATES DISTRICT COURT

9  ## DISTRICT OF NEVADA

10 ANTHONY STIGER,

11         Plaintiff,

12 v.

13 MUHAMMAD, *et al.*, et al.

14         Defendants.

Case No. 3:23-cv-00653-CSD

ORDER GRANTING
STIPULATION OF WITHDRAWAL OF
MOTION TO COMPEL [ECF 37]

15     Plaintiff, Anthony Stiger (Stiger), pro se, and Defendants Bradely Bergren, Robert

16 Jimenez, and Yasser Mohamed, by and through counsel, Aaron D. Ford, Nevada Attorney

17 General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the

18 Attorney General, (collectively "The Parties") hereby respectfully submit the following

19 Stipulation of withdrawal to Plaintiff's Motion to Compel (ECF 37).

20 ## MEMORANDUM OF POINTS AND AUTHORITIES

21 **I.   INTRODUCTION**

22     This is an offender civil rights matter filed pursuant to 42 U.S.C. § 1983. Plaintiff

23 Stiger is an offender in the custody of the Nevada Department of Corrections (NDOC) and is

24 currently housed at Lovelock Correctional Center.

25     Plaintiff filed a Motion to Compel on September 12, 2025 (ECF 41). The Parties

26 participated in a telephonic meet-and-confer on September 18, 2025, and agreed that good

27 cause exists to withdraw Plaintiff's Motion to Compel and attempt to resolve the issue

28 without court intervention.

## I.     LEGAL ARGUMENT

A stipulation is an agreement between the parties as to a fact of the case, and, as such, it is evidence introduced by both of the parties. *U.S. v. Hawkins*, 215 F.3d 858, 860 (8th Cir. 2000). Stipulations relating to proceedings before the court… must be in writing and signed by all parties who have appeared or their attorneys. LR 7-1(a). No stipulation relating to proceedings before the court … are effective until approved by the court. LR 7-1(b).

Parties are obligated under LR 26-6. To meet and confer regarding discovery disputes.

## II.     ANALYSIS

Parties were able to meet and confer on September 18, 2025, to discuss the discovery disputes related to Plaintiff's meet and confer. Parties have come to an agreement regarding the outstanding discovery made in Plaintiff's Motion to Compel. Pursuant to that agreement, **Plaintiff has agreed to withdraw his motion to compel at this time to allow Defendant to provide the discovery in question.** Defendant does not object to this voluntary withdrawal.[1]

///
///
///
///
///
///
///
///
///
///

---

[1] Plaintiff is currently dealing with death in his family and expressed a wish to minimize filings. Defendant agreed to file this stipulation notifying the court of the withdraw in order to ease the burden on Plaintiff rather than Plaintiff filing his own Motion to Withdraw.

1    This stipulation was agreed upon to attempt to resolve the issue outside of court.

2  Parties believe they will be able to resolve the discovery issue without the need for court

3  intervention at this time. However, Defendant acknowledges Plaintiff is able to bring a

4  Motion to Compel at a later time if he believes the discovery issue is not resolved.

5  DATED this 18th day of September, 2025.        DATED this 18th day of September, 2025.

6                                                AARON D. FORD
                                                 Attorney General
7

8  By: _____                   By: /s/ John Regalia
       Anthony Stiger                                 John Regalia (Bar No. 16969)
9      Plaintiff, pro se                              Deputy Attorney General
                                                      Attorneys for Defendants
10

11                                              ORDER

12       IT IS SO ORDERED.

13

14                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
15

16                                              DATE:  September 23, 2025

17

18

19

20

21

22

23

24

25

26

27

28