**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY STIGER,

    Plaintiff

v.

JUMINEZ, et al.,

    Defendants

Case No.: 3:23-cv-00653-ART-CSD

**Order**

Re: ECF No. 60

Plaintiff filed a motion to strike Defendants' opposition to Plaintiff's motion to file a sur-reply and proposed sur-reply, arguing that Defendants' opposition did not contain points and authorities, in violation of the Local Rules. (ECF No. 60.) Defendants filed a response asserting that the opposition does in fact contain points and authorities. (ECF No. 61.) Plaintiff filed a reply, acknowledging that the opposition does contain points and authorities, but explaining he mistakenly believed that the failure to include the headline "points and authorities" violates the Local Rules. He asks that his motion to strike be converted into his reply brief in support of his motion for leave to file a sur-reply. (ECF No. 62.)

In light of Plaintiff's representation, the motion to strike (ECF No. 60) is **DENIED AS MOOT**. The court will construe the motion to strike as Plaintiff's reply brief in support of his motion for leave to file a sur-reply.

**IT IS SO ORDERED**.

Dated: February 3, 2026

_____
Craig S. Denney
United States Magistrate Judge