**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY STIGER,

    Plaintiff

v.

JUMINEZ, et al.,

    Defendants

Case No.: 3:23-cv-00653-MMD-CSD

**Order**

Re: ECF Nos. 57, 58

Before the court is Plaintiff's motion for leave to file a sur-reply and proposed sur-reply (ECF No. 57) as well as his motion for leave to file a supplemental declaration and proposed supplemental declaration (ECF No. 58). Defendants oppose Plaintiff's request, but argue that if the court is inclined to allow supplemental briefing, that they be given a chance to respond. (ECF No. 59.)

Supplementation is prohibited without leave of court. A motion to file supplemental briefing must be supported by a showing of good cause. LR 7-2(g).

In this instance, the court finds good cause exits to allow supplemental briefing. While the arguments made in Defendants' reply brief were raised in response to Plaintiff's motion, at the same time, they raise new arguments that the court finds warrant a response by Plaintiff: (1) concerning the authenticity of the grievance he claims he submitted to exhaust his excessive force claim; and (2) regarding the incident report by Lieutenant Barth concerning Plaintiff's cellmate, which Plaintiff has apparently not seen before. The court will also permit the filing of the supplemental declaration by the law library employee concerning the photocopying of the grievance at issue.

**CONCLUSION**

Plaintiff's motion for leave to file a sur-reply (ECF No. 57) and motion for leave to file a supplemental declaration (ECF No. 58) are **GRANTED**.

Defendants have up to and including **February 10, 2026** to file a response to this supplemental briefing. The court will then consider briefing on the dispositive motions complete (i.e., no further briefing will be permitted).

**IT IS SO ORDERED**.

Dated: February 3, 2026

_____
Craig S. Denney
United States Magistrate Judge

2